DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SCOTT REED,

Appellant,

v.

JALINA SABATOSE f/k/a JALINA REED,

Appellee.

No. 2D2025-0898

_____

November 14, 2025

Appeal from the Circuit Court form Manatee County; Charles P. Sniffen, Judge.

Jorge Martinez of Mackey Law Group, P.A., Bradenton, for Appellant.

Teresa O. Prescott of Hunter Law, P.A., Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LaROSE, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.